IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| MOHAMMAD RAHIM WAHIDI<br><br>Petitioner,<br><br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States;<br><br>Christine WAUGH, in her official capacity as Director of Port of Washington-Dulles International Airport;<br><br>Pete FLORES, Acting Commissioner, U.S. Customs & Border Protection;<br><br>Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security;<br><br>Marco RUBIO, in his official capacity as Secretary of State; and<br><br>Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice,<br><br>Kashyap PATEL, in his official capacity as Director, Federal Bureau of Investigation<br><br>*Respondents.* | Case No. :1:25-cv-548 |

## ORDER

Mohammad Rahim Wahidi, through counsel, has filed a Petition for a Writ of Habeas Corpus through the after-hours emergency system of the Court. The Petition alleges that petitioner is a citizen and national of Afghanistan and a lawful permanent resident of the Untied States, married to a United States citizen and the father of two United States citizen children. He lives in Sterling, Virginia which is in the jurisdiction of the Court and has been held at the Dulles International Airport, which is also in

this Court's jurisdiction, since 12:30 PM Saturday March 29, 2025 apparently with no charges having been fieled against him. The Petition alleges that, upon information and belief, the petitioner is being questioned by law enforcement about his brother-in-law who has been charged in the Southern District of New York with being a member of a plot to assassinate an Iranian journalist.

The Petition alleges violations of Mr. Wahidi's Sixth and Fifth Amendment rights and seeks his immediate release, as well as an order restraining the government from removing him from this District.

Given the short notice provided to the Court and the late hour, the request for the immediate release of the Petitioner will not be granted; however, to ensure that he is not subjected to significant further detention and any action to revoke his permanent resident status, it is hereby

ORDERED that the government show cause at 11:00 AM Monday, March 31, 2025 in Courtroom 700 as to why petitioner should not be released from custody; and it is further

ORDERED that the government not take any action to remove the petitioner from this District and produce him at the show cause hearing; and it is further

ORDERED that petitioner's counsel arrange for a Dari interpreter to be present at the hearing.

The Clerk is directed to forward a copy of this Order to petitioner's counsel, AUSA Dennis Barghaan and the US Marshal.

Entered this ___30th___ March, 2025 at __11:04 pm__ .

/s/ JMB
Leonie M. Brinkema
United States District Judge