IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MOHAMMAD RAHIM WAHIDI, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, et al., ) <br> ) <br> Respondents. ) <br> ) | 1:25-cv-548 (LMB/WBP) |

## ORDER

For the reasons stated in open court, the Petition for Writ of Habeas Corpus [Dkt. No. 1] is DENIED WITHOUT PREJUDICE; and it is hereby

ORDERED that the government shall not remove petitioner from this District without this Court's approval; and it is further

ORDERED that the government comply with CBP short-term detention standards set out in 6 U.S.C. § 211(m) and not restrict petitioner's access to counsel.

Entered this 31st day of March, 2025.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge